IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

NEW HAMPSHIRE INSURANCE COMPANY

    Plaintiff/Defendant on the Counterclaim

v.

WILLIAM DILLER, JR.

    Defendant/Counterclaimant/
    Third Party Plaintiff

v.

JAY KOPP, NIA GROUP ASSOCIATES, LLC, and
MANN CUSTOM BOATS, INC.

    Third Party Defendants

Civil Action No. 07-cv-1131 (NLH)

**SCHEDULING ORDER**

THIS MATTER having come before the Court for a Scheduling Conference on July 31, 2008, and the Court noting the following appearances: Robert Han, Esquire, on behalf of the plaintiff; Sean O'Meara, Esquire, on behalf of William Diller, Jr.; Robert Sullivan, Esquire and Frederick Klein, Esquire, on behalf of Jay Kopp and NIA Group Associates, LLC; and Lawrence Kahn, Esquire, on behalf of Mann Custom Boats, Inc.

IT IS on this 6th day of August, 2008 hereby ORDERED:

1. Pretrial fact discovery is to be completed by November 1, 2008.

2. Affirmative expert reports are to be served no later than February 1, 2009.

3. All rebuttal expert reports are to be served no later than April 1, 2009.

4. Expert depositions shall be completed by May 15, 2009.

5. Dispositive motions should be filed no later than May 30, 2009.

6. The next Scheduling Conference will take place on May 14, 2009 at 10:00 a.m.

                                              Noel L. Hillman, U.S.D.C.J.

3462790v1